THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v QUENTIN ABNEY, Appellant.

Submitted August 3, 2009; decided August 27, 2009

Reported below, 57 AD3d 35.

Motion by the Innocence Project for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN ACEVEDO, Appellant.

Submitted July 27, 2009; decided August 27, 2009

Reported below, 61 AD3d 692.

Motion for assignment of counsel granted and David L. Steinberg, Esq. care of Law Offices of Mickey A. Steiman, 4419 Albany Post Road, Hyde Park, New York 12538 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MAZIN ASSI, Appellant.

Submitted July 13, 2009; decided August 27, 2009

Reported below, 63 AD3d 19.

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 74 Trinity Place, 11th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.